# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS.: 3:08cr116/MCR/HTC
  3:16cv310/MCR/HTC

SEAN IMIRI WATERS

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 26, 2019. ECF No. 135. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The motion to correct sentence, ECF No. 106, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of June 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**